**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-4415**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHANNON BANARD PHARR,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CR-01-35)

───────────

Submitted: April 23, 2002        Decided: May 2, 2002

───────────

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Carl J. Roncaglione, Jr., Charleston, West Virginia, for Appellant. Kasey Warner, United States Attorney, John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shannon Banard Pharr pled guilty to possession with intent to distribute in excess of five grams of cocaine base and was sentenced to sixty months imprisonment. On appeal, counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), alleging that there are no meritorious claims on appeal but raising the issue of whether Pharr's criminal history was properly calculated under the Sentencing Guidelines.

We have reviewed counsel's arguments on appeal and do not find that the district court erred in determining Pharr's criminal history. United States v. Daughtrey, 874 F.2d 213, 217 (4th Cir. 1989) (stating review standard).

We have examined the entire record in this case in accordance with the requirements of Anders, and find no meritorious issues for appeal. Accordingly, we affirm the conviction and sentence. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

AFFIRMED